# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 14-763V
(Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
AMANDA CALLAHAN, on                             *
behalf of her minor child, J.B.,                *
                                                *
                 Petitioner,                    *
                                                *    Filed:  May 7, 2015
           v.                                   *
                                                *    Decision on Attorneys'
SECRETARY OF HEALTH AND                         *    Fees and Costs
HUMAN SERVICES                                  *
                                                *
                 Respondent.                    *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**DECISION (ATTORNEYS' FEES AND COSTS)**

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on April 29, 2015. On May 7, 2015, the parties filed a Stipulation of Facts Regarding Final Attorneys' Fees and Costs in this matter. The parties' stipulation requests a total payment of $13,500.00, representing all attorneys' fees and costs.

An award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $1,500.00, in the form of a check payable jointly to petitioner, Andrew D. Downing, and Hennelly & Steadman, PLC

- a lump sum of $12,000.00, in the form of a check payable jointly to petitioner, Andrew D. Downing and Vann Cott & Talamante, PLLC.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.<br>George L. Hastings, Jr.<br>Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.